corp ownership stmt-new debtor.wpd

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                      )
                                            )
INDIANA DABNEY UNIVERSITY, INC,             )     CASE NO.  14-23405 JPK
                                            )     Chapter 7
              Debtor.                       )

ORDER REGARDING CORPORATE OWNERSHIP STATEMENT

     IT IS ORDERED that within 14 days of the date of entry of this order, the debtor Indiana Dabney University, Inc, shall file a corporate ownership statement in the manner required by Fed.R.Bankr.P. 1007(a)(1)/Fed.R.Bankr.P. 7007.1 concerning that entity; or if the entity deems itself to not be within the definition of "corporation" in 11 U.S.C. § 101(9)(A)[1], a legal memorandum which establishes by specific facts and designation of law its exemption. Dated at Hammond, Indiana on October 16, 2014.

                                      /s/ J. Philip Klingeberger
                                      J. Philip Klingeberger, Judge
                                      United States Bankruptcy Court

Distribution:
Debtor, Attorney for Debtor
Trustee, US Trustee

---

[1] Fed.R.Bankr.P. 9001 states that the definition of words and phases in 11 U.S.C. § 101 applies to the use of words in the Federal Rules of Bankruptcy Procedure. 11 U.S.C. § 101(9)(A) defines the term "corporation" to include (thus not being necessarily limited to) an "association having a power or privilege that a private corporation, but not an individual or partnership, possesses"; "a partnership association organized under a law that makes only the capital subscribed responsible for the debts of such association"; "a joint-stock company"; an "unincorporated company or association"; and a "business trust".  Thus, the designation of "corporation" in Fed.R.Bankr.P. 7007.1 is much broader than the mere conducting of business in a corporate form.