**United States Bankruptcy Court**
**Northern District of Indiana, Hammond Division**

IN RE:                                                       Case No.   **14-23405**
**Indiana Dabney University, Inc.**                 Chapter      **7**
                     Debtor(s)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1007(a)(1) and Bankruptcy Rule 7007.1:

**Indiana Dabney University, Inc.**, a
[Name of Corporate Party]

(check one):

[ X ] Corporate Debtor

[  ] Party to an adversary proceeding

[  ] Party to a contested matter

[  ] Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[ X ]  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **21st** day of **October**, **2014**.

*/s/ Rosalind G. Parr*
**Rosalind Parr, 6270-45**
**Attorney for Debtor**
**105 W 86th Ave**
**Merrillville, IN 46410-7063**
**Phone: (219) 756-3316 /Fax: (219) 756-2613**
**Email: nwibankruptcy@yahoo.com**