**United States Bankruptcy Court**
**Northern District of Indiana, Hammond Division**

IN RE:                                                          Case No. **14-23405** _____

Indiana Dabney University, Inc. _____    Chapter **7** _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 283,950.56 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 60,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 27,628.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 174,169.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 17 | $ 283,950.56 | $ 261,798.64 | |

**IN RE** **Indiana Dabney University, Inc.**                    Case No. **14-23405**
_____                    _____
                        Debtor(s)                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **Indiana Dabney University, Inc.**      Case No. **14-23405**
_____
            Debtor(s)                                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | | **0.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Certificate of Deposit at First Midwest Bank  (...0912)** | | **0.00** |
| | | **Chcecking account at Chase Bank (...4815).  Account is overdrawn in the amount of $-1,490.85** | | **0.00** |
| | | **Checking Account at Chase Bank (.....128).  Account is overdrawn in the amount of $-10.92.** | | **0.00** |
| | | **Checking account at Chase Bank (...2843.  Account is overdrawn in the amount of $-1,270.67.** | | **0.00** |
| | | **Checking account at Chase Bank (...6328).  Account is overdrawn in the amount of $-1,575.71.** | | **0.00** |
| | | **Checking account at Citibank.  Account is overdrawn in the amount of $-3,263.86.** | | **0.00** |
| | | **Checking account at First Midwest Bank (....8577).  Account is overdrawn in the amount of$ -1,253.09.** | | **0.00** |
| | | **Money Market Account at First Midwest Bank  (....4255)** | | **269.87** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Indiana Dabney University, Inc.**                                    Case No. **14-23405**
_____                                    _____
                         Debtor(s)                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attachment | | 243,350.69 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Indiana Dabney University, Inc.**                                      Case No. **14-23405**
_____                                    _____
Debtor(s)                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vehicle 1 -1997 Ford Club Wagon Van with 125,719 miles. Vehicle is inoperable.** | | **1,000.00** |
| | | **Vehicle 2- 2001 Ford Cargo Van  with 86,711 miles.  ( The muffler was stolen from vehicle while it was sitting in parking lot.)** | | **1,500.00** |
| | | **Vehicle 3 - 2012 Ford Cargo Van with 62, 913 miles** | | **14,600.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **See attachment** | | **23,230.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                  TOTAL    **283,950.56**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

Sheet1

## 16.    ACCOUNTS RECEIVABLE

**NAMES AND ADDRESSES**                    **AMOUNT OWED**

Monica Abner                                        $1,833.00
8158 S. Calumet Ave.
Chicago IL 60616

Ganiyat Adeleye                                     $2,612.00
6842 S. Jeffrey Blvd. 6842 Apt. 2B
Chicago IL 60649

Ayodele Timothy Adewale                              $101.70
6741 South Honore
Chicago IL 60636

Oludolapo Yetunde Amoran                            $916.00
742 Newell Avenue
Calumet City IL 60409

Guadalupe Arellano                                   $15.00
9027 Ernestine Street
Wheatfield IN 46392

Jarrett Bowers                                      $1,173.00
22746 Lawndale Ave
Richton Park Il 60471

Leonard Brinson                                      $50.00
8634 S. Bennett
Chicago IL 60617

Tierra Brown                                        $2,764.00
2014 W79th  Place
Chicago IL 60620

Ursula Ngozi Chime                                  $8,400.50
495 Madison Ave, Apt 1 D

Sheet1

Calumet City IL 60409

| | |
|---|---|
| Freda Cox-Harris | $795.00 |
| 1101  Greene  Place | |
| Gary  IN 46403 | |

| | |
|---|---|
| Oluwajide Bumson Eluyemi | $4,425.00 |
| 15134 Jeffery Ave | |
| Dolton IL60419 | |

| | |
|---|---|
| Sarine Ereba | $12,934.50 |
| 3500 W. 77th Street | |
| Chicago IL 60652 | |

| | |
|---|---|
| Sherrilyn Denise Harris | $3,000.00 |
| 232 Grafton PL | |
| Matteson IL 60443 | |

| | |
|---|---|
| Evelyn Hill | $2,835.00 |
| 512 Davis St | |
| Park Forest IL 60466 | |

| | |
|---|---|
| William Lashon Holloway | $15.00 |
| 1226 N. Austin Blvd | |
| Oak Park IL 60302 | |

| | |
|---|---|
| Ekaette Peace Igbinovia | $10,082.00 |
| 358 Zinnia Drive | |
| Romeoville IL 60446 | |

| | |
|---|---|
| Iyayi Andrew Iyare | $1,825.00 |
| 347 Neola  St. | |
| Park Forest IL 60466 | |

| | |
|---|---|
| Solomon Izimah | $12,053.00 |
| 14511 Irving Rd. | |
| Dolton IL 60419 | |

| | |
|---|---|
| Lucia Natalia Kukoyi | $6,504.00 |
| 8006 S. Manistee Avenue | |
| Chicago IL 60617 | |

Sheet1

Jose Kurian                                          $4,968.50
9460 N Terrace Pl
Des Planes IL 60016


Rukaiyat Umar Lawal                                  $2,567.00
3222 187 Ct Apt 305
Lansing IL 60438


Betty Mahlangu-West                                 $21,190.00
709 Yender Ave, Apt. GB
Lisle, IL 60532


Adriel Marquez                                       $2,067.00
12638 South Manistee Avenue
Chicago IL 60633


Shivani Masih                                        $4,584.34
965 E. Golf Road, Apt. 6
Arlington Heights, IL 60005


Ashley L Mitchell                                   $12,849.50
655 Academy Avenue
Matteson IL 60443


Veronica Marie Montemayor                            $2,749.50
4844 Baring Ave
East Chicago IN 46312


Belther Nukuna                                       $1,423.50
1825 Indian Hill Ln.
Aurora IL 60503


Emmanuel Nwaru                                       $6,489.50
1311 Heather Road
Homewood IL 60430


Kossivi K. A. Nyanu                                  $3,970.59
410 E. Bowen Avenue, #908F
Chicago IL 60653

Sheet1

Egoibekie I Ogbuagu        $30.00
165 Morning Glory Drive
Lake City, FL 32024

Augustina Ogedegbe        $1,016.50
2115 West Farwell Avenue, Apt. 509
Chicago, IL 60645

Sekinat Olaoye        $8,134.00
17347 Louis Ave.
South Holland IL 60473

Stella Olubunmi Olowu        $395.00
2063 W. Jarvis Ave. Apt.#3
Chicago IL 60645

Felix Olumide Onasanya        $13,701.00
630 East 89th Street
Chicago IL60619

Nwanyieze Diana Onyegbula        $602.00
3440 S. Cottage Grove Ave, Apt. 700
Chicago IL 60616

Gertrude Parry        $1,000.50
1630 W. Granville Ave
Chicago IL 60660

Rockell Rochelle Renne Rainey        $5.00
3942 S. Paririe Avenue
Chicago IL 60653

Ahmad Richardson        $60.00
3862 Dewey Ave
Richton Park Il 60471

Blessing Sanders        $1,334.00
5633 N. Kenmore Apt 047
Chicago IL 60660

Shakirat Abiodun Adahunse        $608.00

Sheet1

6923 Patricia Ln, Apt. B74
Hammond   IN 46323

Meera Skariah                                     $2,749.50
5520 King Aurthur Apt#2
Westmont IL 60559

Newcolow Slaughter                         $15.00
3147 W. 83rd Place
Chicago IL 60652

Olanrewaju A Smith                     $11,943.23
509 Calhoun Ave.
Calumet City IL 60409

Funmi O. Sobola                            $1,320.00
14421 Irving Ave.
Dolton IL60419

Shawn Starks                                $1,506.00
1536 S. Austin Blvd. Apt.2
Cicero IL 60804

Elliot Storey                                   $8,218.50
819 E. Marquette Rd.
Chicago IL 60637

Kathy Deneen Thomas                $17,012.50
320 Illinois St.
Park Forest IL 60466

Ijeoma Sharon Ukagwu                 $4,083.00
2031 Marston Lane
Floosmoor IL 60422

Dorothy Ijeoma Umesi                  $1,417.50
2278 184th Place
Lansing IL 60438

Nicole  Sherie  Upton                    $2,441.17
3448 E 170th ST

Sheet1

Lansing  IL 60438

| | |
|---|---|
| Tekeshia Vinson<br>22415 Coachway Lane<br>Richton Park, IL 60471 | $22,141.00 |
| Kathryn Walker Gill<br>1587 Chase Street<br>Gary  IN 46404 | $5,173.66 |
| Charlene Welcome<br>14309 Avalon Ave<br>Dolton IL 60419 | $3,250.50 |
| **TOTAL** | $243,350.69 |

Sheet1

## 28. Office Equipment, Furnishings and Supplies

| NO. OF ITEMS | ITEMS | VALUE |
|---|---|---|
| 5 | Refurbished Computers | 450.00 |
| 5 | Couches | 500.00 |
| 4 | Four Foot Tables | 200.00 |
| 1 | Printer | 300.00 |
| 5 | Telephones | 250.00 |
| 2 | Credenzas | 200.00 |
| 1 | Wall Clock | 10.00 |
| 7 | Stackable Chairs | 350.00 |
| 3 | Desks | 300.00 |
| 1 | Internet Switch Port100 | 100.00 |
| 60 | Chairs | 1,800.00 |
| 39 | Tables | 1,950.00 |
| 19 | Refurbished Computers | 1,710.00 |
| 12 | E-Machine Computer | 600.00 |
| 5 | Desks | 500.00 |
| 5 | Wall Clocks | 50.00 |
| 2 | Televisions | 800.00 |
| 10 | Medical Beds | 4,000.00 |
| 3 | Printers | 300.00 |
| 3 | File Cabinets | 150.00 |
| 2 | Copy Machines | 2,000.00 |
| 1 | Book Cart | 75.00 |
| 8 | Tables and Chairs | 700.00 |
| 1 | Microwave Oven | 40.00 |
| 3 | Mannequins | 2,600.00 |
| 3 | File Cabinets | 175.00 |
| 1 | Television | 300.00 |
| 1 | Fax Machine | 250.00 |
| 3 | Computers | 270.00 |
| 3 | Desks | 300.00 |
| 2 | Tables | 100.00 |
| 2 | Credenzas | 200.00 |
| 9 | Chairs | 270.00 |
| 10 | File Cabinets | 500.00 |
| 1 | Wheelchair | 80.00 |
| 1 | Lamp | 30.00 |
| 14 | Trash Cans | 70.00 |
|  | Teaching Supplies | 450.00 |
| 3 | Small Refrigerators | 300.00 |
|  | **TOTAL** | **$23,230.00** |

IN RE **Indiana Dabney University, Inc.**                                              Case No. **14-23405**
_____
                        Debtor(s)                                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
  ☐ 11 U.S.C. § 522(b)(2)
  ☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

**IN RE** **Indiana Dabney University, Inc.**          Case No. **14-23405**
_____
Debtor(s)          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0322** <br><br> **Indiana Department of Revenue** <br> **100 N Senate Ave Rm N240** <br> **Indianapolis, IN  46204-2231** | | | Corporate taxes owing as of 8/17/14.  IDR has a lien on the 2012 Ford Cargo Van. <br><br><br> VALUE $ **14,600.00** | | | | 60,000.00 | 45,400.00 |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

Subtotal (Total of this page)    $ **60,000.00**   $ **45,400.00**

Total (Use only on last page)    $ **60,000.00**   $ **45,400.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

**IN RE** Indiana Dabney University, Inc.      Case No. **14-23405**

_____
       Debtor(s)                                                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Indiana Dabney University, Inc.** _____ Case No. **14-23405**
                                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Evelyn Bibbs**<br>**1741 Ellsworth St**<br>**Gary, IN  46404-2238** | | | **Wages owing to instructor for three weeks pay owing as of 10/10/14** | | | | **4,246.15** | **4,246.15** | |
| ACCOUNT NO.<br>**Geneva Epps**<br>**304 Long Beach Ln**<br>**Michigan City, IN  46360-1515** | | | **Wages owing to instructor for 3 weeks pay owing as of 10/10/14** | | | | **8,538.46** | **8,538.46** | |
| ACCOUNT NO.<br>**Margaret A. Schick**<br>**6148 Brie Ave**<br>**Portage, IN  46368-3660** | | | **Compensation owed to contract instructor for two classes owing as of 9/30/14** | | | | **2,500.00** | **2,500.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **15,284.61** | $ **15,284.61** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Indiana Dabney University, Inc.**                                    Case No. **14-23405**
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Deposits by individuals
_____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comfort Tinuola Oladipupo**<br>**145 Elm St**<br>**Park Forest, IL  60466-1704** | | | Refund of tuition to student owing for cancelled class as of 10/10/14 | | | | 51.00 | 51.00 | |
| ACCOUNT NO.<br>**Diana Victoria Leonhardt**<br>**8948 Olympic Dr**<br>**Bridgeview, IL  60455-2060** | | | Refund of tuition to student owing for cancelled class as of 10/10/14 | | | | 4,493.80 | 4,493.80 | |
| ACCOUNT NO.<br>**Gloria Davids**<br>**304 Persimmon Dr**<br>**Schererville, IN  46375-1162** | | | Refund of tuition to student owing for cancelled class as of 10/10/14 | | | | 1,858.00 | 1,858.00 | |
| ACCOUNT NO.<br>**Lydia Osei Abankwah**<br>**3515 S Cottage Grove Ave Apt 607**<br>**Chicago, IL  60653-1483** | | | Refund of tuition to student owing for cancelled class as of 10/10/14 | | | | 2,225.50 | 2,225.50 | |
| ACCOUNT NO.<br>**Shilpa Niren Patel**<br>**4740 Snapjack Cir**<br>**Naperville, IL  60564-5381** | | | Refund of tuition to student owing for cancelled class as of 10/10/14 | | | | 1,858.00 | 1,858.00 | |
| ACCOUNT NO.<br>**Stella Pandya**<br>**1673 Apache Dr**<br>**Naperville, IL  60563-1248** | | | Refund of tuition to student owing for cancelled class as of 10/10/14 | | | | 1,858.00 | 1,858.00 | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |  |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 12,344.30 | $ 12,344.30 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 27,628.91 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 27,628.91 | $ |

**IN RE** Indiana Dabney University, Inc. _____     Case No. **14-23405**
                          Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2100**<br>**A. T. Business Solutions, Inc.**<br>**2936 Bernice Rd**<br>**Lansing, IL  60438-1279** | | | **Claim for the purchase of copy machines and office supplies owing as of 9/8/14** | | | | **2,397.39** |
| ACCOUNT NO. **1111**<br>**Able Paper and Janitorial Supply**<br>**8200 Utah St**<br>**Merrillville, IN  46410-6541** | | | **Claim for the purchase of paper and janitorial supplies owing as of 7/1/14** | | | | **328.31** |
| ACCOUNT NO. **8240**<br>**Alert Alarm**<br>**1127 W Lincoln Hwy**<br>**Merrillville, IN  46410-5324** | | | **Claim for alarm security services owing as of 8/14/14** | | | | **132.00** |
| ACCOUNT NO. **3802**<br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL  60197-6463** | | | **Claim for wireless telephone services owing as of 8/1/14** | | | | **1,331.22** |

      **5** continuation sheets attached

Subtotal
(Total of this page) $ **4,188.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Indiana Dabney University, Inc. _____  Case No. **14-23405**
           Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5135**<br>**Blackboard**<br>**650 Massachusetts Ave NW**<br>**Washington, DC  20001-3796** | | | Account for the purchase of classroom equipment owing as of 6/30/14 | | | | 9,918.95 |
| ACCOUNT NO. **1727**<br>**BSN Sports**<br>**PO Box 660176**<br>**Dallas, TX  75266-0176** | | | Claim for the purchase of uniforms and equipment for boys basktball team owing as of 9/3/14 | | | | 3,350.81 |
| ACCOUNT NO. **0000**<br>**Callone**<br>**225 W Wacker Dr**<br>**Chicago, IL  60606-1224** | | | Claim for communications technology services owing as of 8/15/14 | | | | 7,617.27 |
| ACCOUNT NO. **8IDU**<br>**Centurian Detective Agency**<br>**7744 Waite St**<br>**Merrillville, IN  46410-5166** | | | Claim for security service owing as of 8/18/14 | | | | 944.00 |
| ACCOUNT NO. **4815**<br>**Chase Bank**<br>**416 W Jefferson St**<br>**Louisville, KY  40202-3202** | | | Overdraft charges owing as of 10/10/14 | | | | 4,348.15 |
| ACCOUNT NO. **1149**<br>**Citi Business Card Master Card**<br>**PO Box 6500**<br>**Sioux Falls, SD  57117-6500** | | | Revolvinig credit card used for the purchase of miscellaneous items owing as of 10/9/14 | | | | 55,345.75 |
| ACCOUNT NO.<br>**Northland Group, Inc.**<br>**PO Box 390905**<br>**Minneapolis, MN  55439-0905** | | | Assignee or other notification for:<br>**Citi Business Card Master Card** | | | | |

Sheet no. **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **81,524.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Indiana Dabney University, Inc.                                      Case No. **14-23405**
_____                  _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8494** <br><br>**Citibank** <br>**PO Box 6500** <br>**Sioux Falls, SD  57117-6500** | | | **Overdraft charges owing as of 10/10/14** | | | | 3,263.86 |
| ACCOUNT NO. **6819** <br><br>**Comcast** <br>**PO Box 3002** <br>**Southeastern, PA  19398-3002** | | | **Claim for cable television services owing as of 9/11/14** | | | | 352.20 |
| ACCOUNT NO. **6321** <br><br>**EBSCO** <br>**PO Box 830625** <br>**Birmingham, AL  35283-0625** | | | **Claim for health information services owing as of 1/31/13** | | | | 3,822.45 |
| ACCOUNT NO. **8577** <br><br>**First Midwest Bank** <br>**PO Box 9003** <br>**Gurnee, IL  60031-9003** | | | **Overdraft charges owing as of 10/6/14** | | | | 1,253.09 |
| ACCOUNT NO. **SC65** <br><br>**Giorgi & Bebekoski, LLC** <br>**9205 Broadway Ste B** <br>**Merrillville, IN  46410-7061** | | | **Claim for legal services owing as of 7/16/14** | | | | 2,425.00 |
| ACCOUNT NO. **4302** <br><br>**Intuit Quickbooks** <br>**21215 Burbank Blvd Ste 100** <br>**Woodland Hills, CA  91367-6607** | | | **Credit card charge backs due to cardholder disputes owing as of 10/6/14** | | | | 4,295.00 |
| ACCOUNT NO. **0036** <br><br>**Jostens** <br>**21336 Network Pl** <br>**Chicago, IL  60673-1213** | | | **Claim for purchase of graduation paraphenalia owing as of 8/8/14** | | | | 1,766.60 |

Sheet no. **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,178.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Indiana Dabney University, Inc. _____    Case No. **14-23405**
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **806M** <br> **Kelly Law Offices** <br> **5521 W Lincoln Hwy Ste 101** <br> **Crown Point, IN  46307-1118** | | | **Legal services rendered to debtor owing as of 6/3014** | | | | **2,385.62** |
| ACCOUNT NO. **bney** <br> **Laerdal Medical Corp.** <br> **c/o Commercial Collection** <br> **1130 N Broadway** <br> **North Massapequa, NY  11758-1336** | | | **Claim for the purchase of training, educational and therapy products owing as of of 8/25/14** | | | | **16,347.57** |
| ACCOUNT NO. <br> **Rubin & Levin, PC** <br> **342 Massachusetts Ave** <br> **Indianapolis, IN  46204-2146** | | | **Assignee or other notification for: Laerdal Medical Corp.** | | | | |
| ACCOUNT NO. <br> **Commercial Collection Consultants, Inc.** <br> **1130 N Broadway** <br> **North Massapequa, NY  11758-1336** | | | **Assignee or other notification for: Laerdal Medical Corp.** | | | | |
| ACCOUNT NO. **1676** <br> **Lamar** <br> **PO Box 96030** <br> **Baton Rouge, LA  70896-9030** | | | **Claim for outdoor advertising services owing as of 7/31/14** | | | | **727.53** |
| ACCOUNT NO. **5026** <br> **Menards** <br> **PO Box 4160** <br> **Carol Stream, IL  60197-4160** | | | **Revolving credit card used for the purchase of miscellaneous items owing as of 8/1/14** | | | | **2,096.99** |
| ACCOUNT NO. **5583** <br> **Monroe Pest Control** <br> **3220 W Old Ridge Rd** <br> **Hobart, IN  46342-1720** | | | **Claim for pest control services owing as of 7/25/14** | | | | **120.00** |

Sheet no. __**3**__ of __**5**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,677.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Indiana Dabney University, Inc.** _____    Case No. **14-23405**
               Debtor(s)                                                (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8141**<br>**Pitney Bowes Leasing**<br>**PO Box 371887**<br>**Pittsburgh, PA  15250-7887** | | | Claim for lease of postage meter owing as of 8/23/14 | | | | 251.25 |
| ACCOUNT NO. **6388**<br>**Pitney Bowes Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh, PA  15250-7874** | | | Revolving account used for the purchase of postage owing as of 8/8/14 | | | | 1,775.75 |
| ACCOUNT NO. **8263**<br>**Sams Club**<br>**PO Box 530981**<br>**Atlanta, GA  30353-0981** | | | Revolving credit card used for the purchase of miscellaneous items owing as of 8/25/14 | | | | 887.28 |
| ACCOUNT NO. **1093**<br>**Scrub Depot, Inc.**<br>**1868 45th Ave**<br>**Munster, IN  46321-3916** | | | Claim for the purchase of medical uniform items | | | | 151.58 |
| ACCOUNT NO.<br>**Sophia Roland-Dioru**<br>**7324 N Ridge Blvd # 3W**<br>**Chicago, IL  60645-2052** | | | Refund of tuition to student owing for cancelled class as of 10/10/14 | | | | 1,858.00 |
| ACCOUNT NO. **8774**<br>**Star Disposal Of Indiana**<br>**PO Box 3598**<br>**Munster, IN  46321-0598** | | | Claim for waste disposal services owing as of 8/25/14 | | | | 123.81 |
| ACCOUNT NO.<br>**Taft Stettinius & Hollister LLP**<br>**1 Indiana Sq Ste 3500**<br>**Indianapolis, IN  46204-2023** | | | Claim for legal services owing as of 10/10/14 | | | | 33,513.33 |

Sheet no. **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **38,561.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Indiana Dabney University, Inc.**          Case No. **14-23405**
_____
Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2100** <br><br>**Tri-Electronics** <br>**6231 Calumet Ave** <br>**Hammond, IN 46324-1102** | | | Claim for telecommunications sytems integration services owing as of 11/15/13 | | | | **9,706.97** |
| ACCOUNT NO. **4768** <br><br>**Tribune Media Group** <br>**14839 Collection Center Dr** <br>**Chicago, IL 60693-0148** | | | Claim for newspaper advertising services owing as of 8/15/14 | | | | **1,300.00** |
| ACCOUNT NO. **5054** <br><br>**Working Well** <br>**35332 Eagle Way** <br>**Chicago, IL 60678-1353** | | | Claim for drug screenings owing as of 8/31/14 | | | | **32.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**5**___ of ___**5**___ continuation sheets attached to              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims       (Total of this page)   $   **11,038.97**

                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $   **174,169.73**

**B6G (Official Form 6G) (12/07)**

**IN RE** **Indiana Dabney University, Inc.** _____ Case No. **14-23405**

Debtor(s)                                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **United Capital Properties, LLC**<br>**5217 Hohman Ave**<br>**Hammond, IN  46320-1712** | **Premises lease agreement** |

IN RE **Indiana Dabney University, Inc.**                                         Case No. **14-23405**
_____                    _____
                                 Debtor(s)                                                                     (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules
of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement
of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or
territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or
a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's
name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE **Indiana Dabney University, Inc.**        Case No. **14-23405**

Debtor(s)
(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

Debtor

Date: _____    Signature: _____

(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____     _____

Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Indiana Dabney University, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 24, 2014** _____    Signature: _____

Corey Dabney
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Indiana, Hammond Division**

IN RE:                                                                 Case No. **14-23405** _____

Indiana Dabney University, Inc. _____              Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 553,544.46 | 2014 Business Income |
| 916,971.00 | 2013 Business Income |
| 901,273.00 | 2012 Business Income |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Laerdal Medical Corp vs. Indiana Dabney University Inc., Cause No. 49D11-1409-CC-030505** | **Debt Collection Proceeding** | **In the Superior Court of Marion County, Indiana 200 W. Washington Street Indianapolis, IN 46204** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Rosalind G. Parr** | **10/10/14** | **1500.00** |

105 W 86th Ave
Merrillville, IN 46410-7063

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Indiana Dabney University, Inc.** | **56-2621347** | **5217 Hohman Ave Hammond, IN  46320-1712** | **Nursing School** | **9/05-9/22/14** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED
**Neal Wallace**                                              **2005-2014**
**Charles Tax Service**
**7725 Taft St**
**Merrillville, IN  46410-4556**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Corey Dabney**
**PO Box 1392**
**Hammond, IN  46325-1392**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Corey Dabney**<br>**PO Box 1392**<br>**Hammond, IN  46325-1392** | **President** | **100% of the stock ownership** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 24, 2014**          Signature: _____

**Corey Dabney, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

**United States Bankruptcy Court**
**Northern District of Indiana, Hammond Division**

IN RE:                                                                     Case No. **14-23405** _____

**Indiana Dabney University, Inc.** _____     Chapter **7** _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,165.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**835.00**

2.   The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify)

3.   The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
     e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

____**October 24, 2014**_____     _Rosalind G. Parr_ _____
           Date                         Rosalind Parr 6270-45
                                        Law Office of Rosalind G. Parr
                                        105 W 86th Ave
                                        Merrillville, IN  46410-7063
                                        (219) 756-3316  Fax: (219) 756-2613
                                        nwibankruptcy@yahoo.com