UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 14-23405 |
| INDIANA DABNEY UNIVERSITY ) | **CHAPTER 7 PROCEEDING** |
| ) | |
| Debtor. ) | |

## REPORT OF SALE

Comes now the Trustee, by counsel, and pursuant to Bankruptcy Rule 6004(f), reports to the Court as follows:

1.  That the Trustee did conduct a private sale of personal property, mostly miscellaneous office equipment, as identified on the Settlement Statement attached hereto as Exhibit A, which sale was consummated on February 21, 2015.

2.  The following payments were made at closing:

    A.  Schoolhouse Auction commission

3.  Appraiser John Argus to be paid $625.00 from remaining funds

3.  The balance of the proceeds, $6653.87, was retained by the Estate.

4.  That the Trustee makes this Report pursuant to Bankruptcy Rule 6004(f)(1) and L.B.R. B-6004-1(c).

WHEREFORE, Trustee prays that this Report of Sale be approved, and for all other orders deemed proper under the circumstances.

\

Respectfully Submitted:

**DANIEL L. FREELAND & ASSOCIATES, P.C.**


/s/Daniel L. Freeland
Daniel L. Freeland
9105 Indianapolis Blvd.
Highland, IN 46322


**CERTIFICATE OF SERVICE**

I certify that I served a true and complete copy of the above and foregoing document this 9 day of March, 2015, upon the following:

Via E-mail:
United States Trustee
Rosalind Parr

Via U.S. mail:
Indiana Dabney University, 5717 S. Hohman Avenue, Hammond, IN 46320

/s/Daniel L. Freeland
Daniel L. Freeland

# Consignor Settlement

**Schoolhouse Auctions**
**366 E Main St.**
**Yeoman, IN 47997**
**Phone: 574-965-2544   Fax: 574-965-2544**

| CO #: | 6170 |
| --- | --- |
| Date: | 2/21/2015 |
| Page: | 1 |

**Consignor: C560**
Indiana Dabney University
5217 S Hohman Ave
Hammond, IN 46320
Phone: 219-922-0800 Tiffany

EXHIBIT "A"

Auction: 02/21/2015

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
| --- | --- | --- | --- | --- | --- | --- |
| 25 | paper cutter | 1.00 | 30.00 | 30.00 | -7.50 | 0.00 |
| 32 | dell laptop | 1.00 | 75.00 | 75.00 | -18.75 | 0.00 |
| 61 | Small Skeleton | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 69 | Training Skeleton | 1.00 | 300.00 | 300.00 | -75.00 | 0.00 |
| 72 | Scanton Grading Machine with Papers | 1.00 | 30.00 | 30.00 | -7.50 | 0.00 |
| 75 | HP All in one Computer | 1.00 | 225.00 | 225.00 | -56.25 | 0.00 |
| 77 | HP All In one Computer | 3.00 | 155.00 | 465.00 | -116.25 | 0.00 |
| 81 | HP All in one Computer | 1.00 | 155.00 | 155.00 | -38.75 | 0.00 |
| 81a | HP All in one Computer | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 85 | HP All in One computer | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 88 | iv trainer | 1.00 | 20.00 | 20.00 | -5.00 | 0.00 |
| 108 | E Machines W/ Windows Vista | 1.00 | 65.00 | 65.00 | -16.25 | 0.00 |
| 110 | Brother Label Maker | 1.00 | 35.00 | 35.00 | -8.75 | 0.00 |
| 114 | E Machine | 2.00 | 65.00 | 130.00 | -32.50 | 0.00 |
| 114a | E Machine | 2.00 | 45.00 | 90.00 | -22.50 | 0.00 |
| 114b | E Machine | 1.00 | 45.00 | 45.00 | -11.25 | 0.00 |
| 114c | E Machine | 1.00 | 45.00 | 45.00 | -11.25 | 0.00 |
| 117 | Choice Clock | 1.00 | 25.00 | 25.00 | -6.25 | 0.00 |
| 120 | Choice Clock | 1.00 | 25.00 | 25.00 | -6.25 | 0.00 |
| 120a | Choice Clock | 1.00 | 22.50 | 22.50 | -5.63 | 0.00 |
| 122 | Choice Clock | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 123 | Computer W/ Windows 7 | 1.00 | 125.00 | 125.00 | -31.25 | 0.00 |
| 125 | Choice Clock | 2.00 | 7.50 | 15.00 | -3.76 | 0.00 |
| 127 | 2 Clocks | 1.00 | 12.50 | 12.50 | -3.13 | 0.00 |
| 129 | Computer W/ Windows 7 | 2.00 | 125.00 | 250.00 | -62.50 | 0.00 |
| 129a | Computer W/ Windows 7 | 1.00 | 125.00 | 125.00 | -31.25 | 0.00 |
| 129b | Computer W/ Windows 7 | 3.00 | 70.00 | 210.00 | -52.50 | 0.00 |
| 131 | Breathing Machine | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 138 | Choice Printer | 1.00 | 25.00 | 25.00 | -6.25 | 0.00 |

Consignor Settlement

**Schoolhouse Auctions**
**366 E Main St.**
**Yeoman, IN 47997**
**Phone: 574-965-2544   Fax: 574-965-2544**

| CO #: | 6170 |
|---|---|
| Date: | 2/21/2015 |
| Page: | 2 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 138a | Choice Printer | 1.00 | 17.50 | 17.50 | -4.38 | 0.00 |
| 141 | Choice Printer | 1.00 | 17.50 | 17.50 | -4.38 | 0.00 |
| 141a | Choice Printer | 5.00 | 2.50 | 12.50 | -3.15 | 0.00 |
| 143 | Label Printer | 1.00 | 22.50 | 22.50 | -5.63 | 0.00 |
| 144 | printer | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 156 | Choice 50" TV | 1.00 | 165.00 | 165.00 | -41.25 | 0.00 |
| 157 | Chester Chest | 1.00 | 27.50 | 27.50 | -6.88 | 0.00 |
| 158 | 50" TV | 1.00 | 165.00 | 165.00 | -41.25 | 0.00 |
| 159 | Phillips 32" TV | 1.00 | 95.00 | 95.00 | -23.75 | 0.00 |
| 160 | Sound Bar | 1.00 | 45.00 | 45.00 | -11.25 | 0.00 |
| 166 | Chair | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 167 | Choice Stack of Chairs | 5.00 | 45.00 | 225.00 | -56.25 | 0.00 |
| 167a | Choice Stack of Chairs | 1.00 | 40.00 | 40.00 | -10.00 | 0.00 |
| 167b | Choice Stack of Chairs | 1.00 | 40.00 | 40.00 | -10.00 | 0.00 |
| 167c | Choice Stack of Chairs | 4.00 | 25.00 | 100.00 | -25.00 | 0.00 |
| 167d | Choice Stack of Chairs | 1.00 | 30.00 | 30.00 | -7.50 | 0.00 |
| 167e | Choice Stack of Chairs | 1.00 | 30.00 | 30.00 | -7.50 | 0.00 |
| 167f | Choice Stack of Chairs | 1.00 | 25.00 | 25.00 | -6.25 | 0.00 |
| 167g | Choice Stack of Chairs | 1.00 | 27.50 | 27.50 | -6.88 | 0.00 |
| 167h | Choice Stack of Chairs | 1.00 | 20.00 | 20.00 | -5.00 | 0.00 |
| 167i | Choice Stack of Chairs | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 168 | Table | 1.00 | 20.00 | 20.00 | -5.00 | 0.00 |
| 168a | rolling table | 1.00 | 2.50 | 2.50 | -0.63 | 0.00 |
| 170 | Trash Cans | 3.00 | 10.00 | 30.00 | -7.50 | 0.00 |
| 171 | IV Roll around cart | 1.00 | 30.00 | 30.00 | -7.50 | 0.00 |
| 171a | IV Roll around cart | 1.00 | 7.50 | 7.50 | -1.88 | 0.00 |
| 171b | IV Roll around cart | 2.00 | 7.50 | 15.00 | -3.76 | 0.00 |
| 183 | Blue Chairs | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 186 | table | 6.00 | 35.00 | 210.00 | -52.50 | 0.00 |
| 187 | choice love seat | 2.00 | 120.00 | 240.00 | -60.00 | 0.00 |
| 187a | choice love seat | 1.00 | 90.00 | 90.00 | -22.50 | 0.00 |
| 188 | lamp | 1.00 | 25.00 | 25.00 | -6.25 | 0.00 |
| 188a | lamp | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 188b | lamp | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 200 | cork or dry erase board | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 200a | dry erase boards | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |

**Consignor Settlement**

**Schoolhouse Auctions**
**366 E Main St.**
**Yeoman, IN 47997**
**Phone: 574-965-2544   Fax: 574-965-2544**

| CO #: | 6170 |
|---|---|
| Date: | 2/21/2015 |
| Page: | 3 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 201 | rug | 1.00 | 25.00 | 25.00 | -6.25 | 0.00 |
| 202 | folding table and chair | 1.00 | 20.00 | 20.00 | -5.00 | 0.00 |
| 203 | long table | 5.00 | 20.00 | 100.00 | -25.00 | 0.00 |
| 203a | long table | 1.00 | 20.00 | 20.00 | -5.00 | 0.00 |
| 203b | long table | 2.00 | 15.00 | 30.00 | -7.50 | 0.00 |
| 203c | long table | 2.00 | 15.00 | 30.00 | -7.50 | 0.00 |
| 204 | Choice table | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 204a | Choice table | 10.00 | 10.00 | 100.00 | -25.00 | 0.00 |
| 205 | 4 ft table | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 219 | Choice Chair | 2.00 | 70.00 | 140.00 | -35.00 | 0.00 |
| 219a | Choice Chair | 1.00 | 55.00 | 55.00 | -13.75 | 0.00 |
| 219b | Choice Chair | 1.00 | 40.00 | 40.00 | -10.00 | 0.00 |
| 219c | Choice Chair | 1.00 | 35.00 | 35.00 | -8.75 | 0.00 |
| 219d | Choice Chair | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 219e | Choice Chair | 3.00 | 70.00 | 210.00 | -52.50 | 0.00 |
| 219f | Choice Chair | 6.00 | 70.00 | 420.00 | -105.00 | 0.00 |
| 220 | Choice Chair | 3.00 | 65.00 | 195.00 | -48.75 | 0.00 |
| 220a | Choice Chair | 2.00 | 60.00 | 120.00 | -30.00 | 0.00 |
| 220b | Choice Chair | 3.00 | 55.00 | 165.00 | -41.25 | 0.00 |
| 221 | gold chairs | 1.00 | 50.00 | 50.00 | -12.50 | 0.00 |
| 222 | chair | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 223 | choice chair | 1.00 | 50.00 | 50.00 | -12.50 | 0.00 |
| 223a | choice chair | 1.00 | 45.00 | 45.00 | -11.25 | 0.00 |
| 223b | choice chair | 1.00 | 45.00 | 45.00 | -11.25 | 0.00 |
| 223c | choice chair | 1.00 | 45.00 | 45.00 | -11.25 | 0.00 |
| 223d | choice chair | 1.00 | 27.50 | 27.50 | -6.88 | 0.00 |
| 223e | choice chair | 2.00 | 27.50 | 55.00 | -13.76 | 0.00 |
| 223f | choice chair | 1.00 | 25.00 | 25.00 | -6.25 | 0.00 |
| 223g | chairs | 1.00 | 30.00 | 30.00 | -7.50 | 0.00 |
| 224 | Choice chair | 1.00 | 30.00 | 30.00 | -7.50 | 0.00 |
| 224a | Choice chair | 2.00 | 17.50 | 35.00 | -8.76 | 0.00 |
| 224b | Choice chair | 3.00 | 10.00 | 30.00 | -7.50 | 0.00 |
| 224c | Choice chair | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 224d | Choice chair | 2.00 | 10.00 | 20.00 | -5.00 | 0.00 |
| 224e | Choice chair | 2.00 | 10.00 | 20.00 | -5.00 | 0.00 |
| 224f | Choice chair | 8.00 | 10.00 | 80.00 | -20.00 | 0.00 |

Consignor Settlement

**Schoolhouse Auctions**
**366 E Main St.**
**Yeoman, IN 47997**
**Phone: 574-965-2544 Fax: 574-965-2544**

| CO #: | 6170 |
|---|---|
| Date: | 2/21/2015 |
| Page: | 4 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 224g | 3 chairs | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 226 | couch | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 227 | furniture | 1.00 | 8.00 | 8.00 | -2.00 | 0.00 |
| 227a | furniture | 2.00 | 5.00 | 10.00 | -2.50 | 0.00 |
| 227b | furniture | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 227c | furniture | 2.00 | 5.00 | 10.00 | -2.50 | 0.00 |
| 227d | furniture | 1.00 | 1.00 | 1.00 | -0.25 | 0.00 |
| 230 | Pitney Bose | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 231 | Letters | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 232 | Microwave, coffee pot, or shredder | 2.00 | 25.00 | 50.00 | -12.50 | 0.00 |
| 232a | Microwave, coffee pot, or shredder | 1.00 | 20.00 | 20.00 | -5.00 | 0.00 |
| 232b | Microwave, coffee pot, or shredder | 3.00 | 10.00 | 30.00 | -7.50 | 0.00 |
| 233 | coffee pot and pencil sharpener | 1.00 | 10.00 | 10.00 | -2.50 | 0.00 |
| 236 | fan or shredder | 2.00 | 15.00 | 30.00 | -7.50 | 0.00 |
| 238 | fan or shredder | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 238a | fan or shredder | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 238b | fan & shredder | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 256 | Choice on table | 2.00 | 7.50 | 15.00 | -3.76 | 0.00 |
| 256a | misc on table | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 261 | choice on table | 1.00 | 20.00 | 20.00 | -5.00 | 0.00 |
| 263 | choice on table | 1.00 | 7.50 | 7.50 | -1.88 | 0.00 |
| 265 | choice on table | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 267 | choice | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 267a | misc | 1.00 | 15.00 | 15.00 | -3.75 | 0.00 |
| 269 | choice | 1.00 | 5.00 | 5.00 | -1.25 | 0.00 |
| 3006a | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006b | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006c | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006d | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006e | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006f | All In Ones | 2.00 | 130.00 | 260.00 | -65.00 | 0.00 |
| 3006g | All In Ones | 3.00 | 130.00 | 390.00 | -97.50 | 0.00 |
| 3006h | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006i | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006j | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
| 3006k | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |

**Consignor Settlement**

**Schoolhouse Auctions**
**366 E Main St.**
**Yeoman, IN 47997**
**Phone: 574-965-2544   Fax: 574-965-2544**

| CO #: | 6170 |
|---|---|
| Date: | 2/21/2015 |
| Page: | 5 |

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 3006l | All In Ones | 1.00 | 130.00 | 130.00 | -32.50 | 0.00 |
|  |  |  | CO Expense - Milage 630 @ $.55 | ( | 346.50) |
|  |  |  | Payment to Consignor | ( | 6,653.87) |

|  |  |  |
|---|---|---|
| Total Quantity: |  | 217.00 |
| Total Invoice Sale Price: |  | 9,334.00 |
| Total Expenses: | ( | 346.50) |
| Total Commission: | ( | 2,333.63) |
| Total Due to Consignor: |  | 6,653.87 |
| Total Payments: | ( | 6,653.87) |
| Balance: |  | $0.00 |

Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Fixed

| Any Amount | 25% |
|---|---|