UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INDIANA DABNEY UNIVERSITY | )  BANKRUPTCY NO.: 14-23405 |
| | )  **CHAPTER 7 PROCEEDING** |
| | ) |
| Debtor. | ) |

### AUCTIONEER'S REPORT OF SALE

Comes now Patrick Marley of Schoolhouse Auctions and pursuant to Bankruptcy Rule 6004(f) and Local Rule 6004-1, reports to the Court as follows:

1. Patrick Marley of Schoolhouse Auctions (hereinafter "Auctioneer") was employed as auctioneer in this case by Order of the Court dated January 26, 2015 [DE 25].

2. That the Auctioneer did conduct a public sale of personal property, mostly miscellaneous office equipment, as identified on Exhibit A, attached hereto.

3. Said sale was conducted on February 21, 2015.

4. The identities of all bidders participating are identified on the attached Exhibit B.

5. The highest bidders on each piece of property are identified on the attached Exhibit C. The total sale price of all property receiving bids is $9,334.00.

6. Payment was made at closing to the Auctioneer, pursuant to the terms of the Order dated January 26, 2015 [DE 25], in the amount of $2,680.13.

7. Payment has not been made to the Appraiser, John Argus. The Appraiser is owed $625.00 for his services provided in appraising the property prior to auction.

8. The balance of the proceeds, $6,653.87, was paid over to the Trustee, Daniel L. Freeland.

9. That the Auctioneer makes this Report pursuant to Bankruptcy Rule 6004(f)(1) and L.B.R. B-6004-1.

WHEREFORE, Auctioneer, Patrick Marley of Schoolhouse Auction prays that this Auctioneer's Report be approved, and for all other orders deemed proper under the circumstances.

Respectfully Submitted:

Schoolhouse Auctions

*/s/ Patrick Marley*

Patrick Marley