UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INDIANA DABNEY UNIVERSITY, INC. ) | CASE NO.: 14-23405 |
| ) | **CHAPTER 7 PROCEEDING** |
| Debtor ) | |

## MOTION TO SELL PERSONAL PROPERTY

Comes now Daniel L. Freeland, Trustee, by counsel, and moves the Court, pursuant to 11 U.S.C. §363, for authority to sell an asset of the estate and in support thereof shows the Court as follows:

1. That Daniel L. Freeland is the duly appointed Trustee in Bankruptcy in the above-captioned matter.

2. That there are assets of this estate, namely six Patient-Simulators-Manikins (the "Property") the liquidation of which is in the best interest of the Estate. Attached to this Motion as Exhibit "A", is a description of the property to be sold.

3. That after good faith negotiations, the Trustee has received an offer to purchase the Property from IAU, Inc., a/k/a International American University (hereinafter "Purchaser") for the amount of $7,500.00, which the Trustee believes is a fair and reasonable price for said Property. Attached to this Motion as Exhibit "B", and incorporated herein for reference, is a true and correct copy of the proposed Bill of Sale.

4. That it is in the best interests of all creditors and the Estate that the Trustee be authorized to proceed with the sale of said assets as herein stated, to apply the proceeds of the sale to the Estate for distribution to creditors and to close the transaction.

WHEREFORE, the Trustee prays for authority to sell the assets listed above to Purchaser for the amount of $7,500.00, to pay all expenses and costs related to the sale of same, and for all other orders deemed just and proper in the premises.

Respectfully submitted,

**DANIEL L. FREELAND & ASSOCIATES, P.C.**

/s/ Daniel L. Freeland
Daniel L. Freeland
9105 Indianapolis Blvd.
Highland, IN 46322
(219) 922-0800

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

And Via US Mail upon: (*if applicable*)

/s/ Daniel L. Freeland
Daniel L. Freeland