UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| INDIANA DABNEY UNIVERSITY | ) CASE NO.: 14-23405 <br> ) Chapter 7 Bankruptcy <br> ) |
| Debtor. | ) |

## ORDER APPROVING MOTION FOR AUTHORITY TO COMPROMISE CLAIM

This cause came to be heard on the Trustee's Motion For Authority To Compromise Claim against Walden University, LLC;

And the Court, being duly advised in the premises, having reviewed said Motion, now finds that Notice has been served upon all creditors and that no objections thereto were filed, and also finds that it is in the best interest of this estate that said claim be compromised.

IT IS THEREFORE ORDERED that Trustee be, and he hereby is, authorized to compromise the claim against Walden University, LLC, for the amount of $3,500.00, together with the reservation of the right to file or amend the claim for any pre-petition amounts owing on the account, including the settlement amount pursuant to 11 U.S.C.§502(h), as appropriate.

ALL OF WHICH IS HEREBY ORDERED this 28 day of November, 2016.

_____ JS 104
JUDGE, U.S. BANKRUPTCY COURT

DISTRIBUTION:
U.S. TRUSTEE
Daniel L. Freeland
Rosalind Parr, 105 W, 86th Avenue, Merrillville, IN 46410
Stephen Broadhead, Walden University, 650 South Exeter Street, Baltimore, MD 21202
Dale K. Cathell, 6225 Smith Avenue, Baltimore, Maryland 21209